the First Name " John " Being Fictitious, etc., as President, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE C. MITCHELL v. WILLIAM MANNING BARR.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARTIN NELSON, as Administrator, etc., v. OSCAR CARSON.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of JAMES F. STAPLETON against JOSEPH A. WARREN, as Police Commissioner, etc.— Motion granted. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

RUTH ROSENFELD, an Infant, etc., v. ACKEY HOLDING AND OPERATING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of EDWARD GORDON, an Attorney.— Reference ordered to Hon. Frederick Spiegelberg, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of FRANK A. SPENCER, JR., an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL WOLF, Appellant, v. GROVELAND PARK ESTATES, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of MYLES REALTY COMPANY for an Order Directing Arbitration, etc., between the Petitioner and VINCENT VERRATTI, etc., Pursuant, etc., to Arbitration Law.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of MYLES REALTY COMPANY, Appellant, for an Order Directing Arbitration, etc., between Petitioner and VINCENT VERRATTI, Respondent, etc., Pursuant, etc., to Arbitration Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MOTLEY BEACH, Respondent, v. THE SCHAPIROGRAPH COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to serve an amended answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAMILTON EMPLOYMENT SERVICE, INC., Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VIRGINIA KEMBLE TUCKER, Appellant, v. JOHN TUCKER, Respondent.— Order modified by providing that the terms of the order entered June 23, 1922, be reinstated, plus the provisions as to one-half of the Christmas and Easter vacations as provided for in the order appealed from, all until the further order of the court. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.